# United States District Court

_____EASTERN_____ **DISTRICT OF** _____TENNESSEE_____

REX BRYANT,
    Plaintiff,                          JUDGMENT IN A CIVIL CASE

        V.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.                        CASE NUMBER: 3:07-CV-124

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the Administrative Law Judge to make further findings of fact and explanations of those findings of fact in the record.

    November 13, 2007                                    Patricia L. McNutt, Clerk
Date

                                                                   By    s/A.Brush       Deputy Clerk